

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:23-cr-00077
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

CHRISTOPHER LEE MILLER

**I N F O R M A T I O N**

The United States Attorney Charges:

On or about July 11, 2019, at or near Mount Carbon, Fayette County, West Virginia, and within the Southern District of West Virginia, defendant CHRISTOPHER LEE MILLER, aided and abetted by another person known to the United States Attorney, knowingly and intentionally distributed a quantity of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
JOSHUA C. HANKS
Assistant United States Attorney