IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.   CRIMINAL ACTION NO. 2:23-cr-00077

CHRISTOPHER LEE MILLER

**WRITTEN PLEA OF GUILTY**

In the presence of Clint Carte, my counsel, who has fully explained the charge contained in the Information against me, and having received a copy of the Information before being called upon to plead, I hereby plead guilty to the charge contained in the single-count Information.

DATE: 6-12-23

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT